UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYRUS Y. KIM,

        Plaintiff(s),

v.

TARGA REAL ESTATE SERVICE, INC., CITY OF FEDERAL WAY, ABT TOWING OF FEDERAL WAY, INC., and JUDGE MICHAEL HEAVEY,

        Defendant(s).

NO. C07-358P

ORDER TO SHOW CAUSE RE: DISMISSAL

The above-entitled Court, having received and reviewed Plaintiff's Complaint (Dkt. No. 1), makes the following ruling:

IT IS HEREBY ORDERED that Plaintiff shall show cause why his complaint should not be dismissed on the following grounds:

1. **Statute of limitations**: the incidents complained of by Plaintiff occurred in 1999 and 2000; the § 1983 statute of limitations in this jurisdiction is three years.

2. **Res judicata and collateral estoppel**: the incidents of which Plaintiff complains were the subject of a separate state court action (Cause No. 06-2-35221-1 KNT) which was the subject of orders of dismissal in January and February of 2007. See, e.g., Blonder-Tongue Laboratories, Inc. v. University of Illinois Foundation, 402 U.S. 313, 350 (1971); Arizona v. California, 530 U.S. 392 414 (2000).

3. **Judicial immunity**: Judges are entitled to absolute immunity from liability in lawsuits brought against them for actions taken in performing their judicial functions. See, e.g., Mireles v. Waco, 502 U.S. 9, 11 (1991); Dennis v. Sparks, 449 U.S. 24, 27 (1980).

ORDER TO
SHOW CAUSE - 1

IT IS FURTHER ORDERED that Plaintiff shall file a response (not to exceed 12 pages in length) to this order to show cause by no later than **May 11, 2007.** Failure to do so will result in sanctions, up to and including sua sponte dismissal of his lawsuit.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April _19__, 2007

Marsha J. Pechman
U.S. District Judge

**ORDER TO
SHOW CAUSE - 2**